UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| JULIE A. BANKS, ) | NO. SA CV 14-01173-AS |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT** |
| v. ) | |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social ) | |
| Security, ) | |
| ) | |
| ) | |
| Defendant. ) | |

   IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed in part and the matter is remanded for further administrative action consistent with the Opinion filed concurrently herewith.

   DATED:  October 16, 2015.

                                           /s/
                                  _____
                                         ALKA SAGAR
                                  UNITED STATES MAGISTRATE JUDGE